IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUGEIRA NIEVES AYALA, on her own behalf and on behalf of her minor child, N.M.O.N.<br>Plaintiff<br>vs<br>COMMONWEALTH OF PUERTO RICO; TRANSPORTE SONNELL LLC<br>Defendants | CIVIL 17-1463CCC |

## JUDGMENT

Having considered plaintiffs Sugeira Nieves Ayala and minor N.M.O.N's Motion for Voluntary Dismissal (**d.e. 16**) filed on July 27, 2018, it is ORDERED and ADJUDGED that judgment be entered DISMISSING plaintiffs' complaint against defendants Commonwealth of Puerto Rico and Transporte Sonnell LLC, WITH PREJUDICE, as to the adult plaintiff SUGEIRA NIEVES AYALA; and WITHOUT PREJUDICE as to the minor N.M.O.N., without imposition of costs or attorneys' fees.

The pretrial/settlement conference set for August 10, 2018 and jury trial set for November 8, 2018 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on August 9, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge